**Fill in this information to identify the case:**

Debtor 1    Ryan Thomas Duffy and Nicole Marie Duffy

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Michigan

Case number   1755713

Official Form 410S1

# Notice of Mortgage Payment Change                                    **12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**                                    **Court claim no.** (if known): 4
Wells Fargo Bank N.A.

**Date of payment change:**
Must be at least 21 days after date
of this notice                              06/01/2020

**New total payment:**
Principal, interest, and escrow, if any       $ 589.71

**Last 4 digits** of any number you use to
identify the debtor's account:          0   5   8   1

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1.  **Will there be a change in the debtor's escrow account payment?**

    ☐  No
    ☑  Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    Current escrow payment: $ 268.36                    New escrow payment: $ 266.85

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☑  No
    ☐  Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    Current interest rate: _____%                    New interest rate: _____%

    Current principal and interest payment: $ _____          New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
| --- | --- |

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☑  No
    ☐  Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
        (*Court approval may be required before the payment change can take effect.*)
    Reason for change:

    Current mortgage payment: $ _____          New mortgage payment: $ _____

Official Form 410S1      Notice of Mortgage Payment Change      page 1

Debtor 1    Ryan Thomas Duffy and Nicole Marie Duffy
_____
First Name        Middle Name        Last Name

Case number (*if known*) ___1755713_____

## Part 4:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖  /s/Angela M. Mills Fowler
_____
Signature

Date    04/28/2020
_____

Print:  FOWLER,ANGELA M. MILLS
_____
First Name        Middle Name        Last Name

VP Loan Documentation
_____
Title

Company   Wells Fargo Bank, N.A.
_____

Address    MAC N9286-01Y
_____
Number            Street

1000 Blue Gentian Road
_____
Address 2

Eagan                          MN        55121-7700
_____
City                          State        ZIP Code

Contact phone    800-274-7025
_____

NoticeOfPaymentChangeInquiries@wellsfargo.com
_____
Email

**WELLS FARGO** | **HOME MORTGAGE**

**Return Mail Operations**
PO Box 14547
Des Moines, IA 50306-4547

Escrow Review Statement
*For informational purposes only*

| | |
|---|---|
| **Statement Date:** | April 9, 2020 |
| **Loan number:** | ████████ |
| **Property address:** | |
| 24925  ORCHID ST | |
| HARRISON TWP MI 48045 | |

RYAN T DUFFY
24925 ORCHID ST
HARRISON TWP MI 48045-3367

## Customer Service



| | |
|---|---|
| **Online** | **Telephone** |
| wellsfargo.com | 1-800-340-0473 |
| **Correspondence** | **Hours of operation** |
| PO Box 10335 | Mon - Fri 7 a.m. - 7 p.m. CT |
| Des Moines, IA 50306 | |
| **To learn more, go to:** | |
| wellsfargo.com/escrow | |

We accept telecommunications relay service calls

***PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.***

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **June 1, 2020** payment, the contractual portion of the escrow payment **decreases**.

<div style="border: 2px solid red; text-align: center;">

The escrow account has a shortage of
**$51.37**

</div>

## Part 1 - Mortgage payment

### Option 1 — Pay the shortage amount over 12 months

| | Previous payment through 05/01/2020 payment date | New payment beginning with the 06/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $322.86 | $322.86 |
| **Escrow payment** | $268.36 | $266.85 |
| **Total payment amount** | $591.22 | $589.71 |

**Option 1: No action required**

Starting **June 1, 2020** the new contractual payment amount will be **$589.71**

### Option 2 — Pay the shortage amount of $51.37

| | Previous payment through 05/01/2020 payment date | New payment beginning with the 06/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $322.86 | $322.86 |
| **Escrow payment** | $268.36 | $262.57 |
| **Total payment amount** | $591.22 | $585.43 |

**Option 2: Pay shortage in full**

Starting **June 1, 2020** the new contractual payment amount will be **$585.43**

**See Page 2 for additional details.**



*Note: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage*

RYAN T DUFFY

Wells Fargo Home Mortgage
PO Box 14538
Des Moines, IA 50306-3538

If you choose to pay the shortage in full as referenced in Option 2, detach this coupon and mail it along with a check for $51.37 to the address that appears on this coupon.

This payment must be received no later than **June 1, 2020**.

# Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $3,100.60. For the coming year, we expect the amount paid from escrow to be $3,150.87.

## How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

## Escrow comparison

|  | 12/17 - 11/18 (Actual) | 06/18 - 05/19 (Actual) | 06/19 - 04/20 (Actual) | 06/20 - 05/21 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| **Property taxes** | $1,141.83 | $1,174.61 | $1,199.39 | $1,199.39 | ÷ | 12 | = | $99.95 |
| **Property insurance** | $1,213.00 | $1,213.00 | $1,228.00 | $1,228.00 | ÷ | 12 | = | $102.33 |
| **Total taxes and insurance** | $2,354.83 | $2,387.61 | $2,427.39 | $2,427.39 | ÷ | 12 | = | **$202.28** |
| **Escrow shortage** | $0.00 | $0.00 | $89.26 | **$51.37** | ÷ | 12 | = | $4.28** |
| **Mortgage insurance** | $762.84 | $753.18 | $673.21 | $723.48 | ÷ | 12 | = | $60.29 |
| **Total escrow** | $3,117.67 | $3,140.79 | $3,189.86 | $3,202.24 | ÷ | 12 | = | $266.85 |

**This amount is added to the payment if Option 1 on page 1 is selected.

## Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:



| Lowest projected escrow balance  October, 2020 | | **$353.19** | (Calculated in Part 3 - Escrow account projections table) |
|---|---|---|---|
| Minimum balance for the escrow account† | **-** | **$404.56** | (Calculated as: $202.28 X 2 months) |
| **Escrow shortage** | **=** | **-$51.37** | |

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12 (this amount does not include mortgage insurance). We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

## Important messages

**Act now - purchase your own insurance policy**

Our records show that the insurance policy was obtained by Wells Fargo. Please understand that this policy only covers the structure and/or improvements, but does not cover liability or any personal property. For this reason, consider purchasing a policy of your choosing - it may lower the costs and give options for more coverage. If you sent us proof of a purchased policy, please disregard this message. If you have questions or are having trouble paying for the insurance policy, call us at the number on the first page of this statement.

## Part 3 - Escrow account projections

Escrow account projections from June, 2020 to May, 2021

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| May 2020 | | | Starting balance | $1,373.21 | $1,424.58 |
| Jun 2020 | $262.57 | $60.29 | FHA Insurance | $1,575.49 | $1,626.86 |
| Jul 2020 | $262.57 | $60.29 | FHA Insurance | $1,777.77 | $1,829.14 |
| Aug 2020 | $262.57 | $60.29 | FHA Insurance | $1,980.05 | $2,031.42 |
| Aug 2020 | $0.00 | $803.42 | HARRISON TOWNSHIP | $1,176.63 | $1,228.00 |
| Sep 2020 | $262.57 | $60.29 | FHA Insurance | $1,378.91 | $1,430.28 |
| Oct 2020 | $262.57 | $60.29 | FHA Insurance | $1,581.19 | $1,632.56 |
| Oct 2020 | $0.00 | $1,228.00 | AMERICAN SECURITY GROUP | $353.19 | $404.56 |
| Nov 2020 | $262.57 | $60.29 | FHA Insurance | $555.47 | $606.84 |
| Dec 2020 | $262.57 | $60.29 | FHA Insurance | $757.75 | $809.12 |
| Dec 2020 | $0.00 | $395.97 | HARRISON TOWNSHIP | $361.78 | $413.15 |
| Jan 2021 | $262.57 | $60.29 | FHA Insurance | $564.06 | $615.43 |
| Feb 2021 | $262.57 | $60.29 | FHA Insurance | $766.34 | $817.71 |
| Mar 2021 | $262.57 | $60.29 | FHA Insurance | $968.62 | $1,019.99 |
| Apr 2021 | $262.57 | $60.29 | FHA Insurance | $1,170.90 | $1,222.27 |
| May 2021 | $262.57 | $60.29 | FHA Insurance | $1,373.18 | $1,424.55 |
| Totals | $3,150.84 | $3,150.87 | | | |

## Part 4 - Escrow account history

Escrow account activity from June, 2019 to May, 2020

| Date | Deposits to escrow Actual | Projected | Difference | Payments from escrow Actual | Projected | Difference | Description | Escrow balance Actual | Projected | Difference |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 2019 | | | | | | | Starting Balance | $1,057.51 | $1,403.04 | -$345.53 |
| Jun 2019 | $0.00 | $260.92 | -$260.92 | $0.00 | $61.96 | -$61.96 | FHA Insurance | $1,057.51 | $1,602.00 | -$544.49 |
| Jun 2019 | $0.00 | $0.00 | $0.00 | $61.96 | $0.00 | $61.96 | FHA Insurance | $995.55 | $1,602.00 | -$606.45 |
| Jul 2019 | $0.00 | $260.92 | -$260.92 | $0.00 | $61.96 | -$61.96 | FHA Insurance | $995.55 | $1,800.96 | -$805.41 |
| Jul 2019 | $0.00 | $0.00 | $0.00 | $61.96 | $0.00 | $61.96 | FHA Insurance | $933.59 | $1,800.96 | -$867.37 |
| Aug 2019 | $0.00 | $260.92 | -$260.92 | $0.00 | $61.96 | -$61.96 | FHA Insurance | $933.59 | $1,999.92 | -$1,066.33 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $803.42 | $786.92 | $16.50 | HARRISON TOWNSHIP | $130.17 | $1,213.00 | -$1,082.83 |
| Aug 2019 | $0.00 | $0.00 | $0.00 | $61.96 | $0.00 | $61.96 | FHA Insurance | $68.21 | $1,213.00 | -$1,144.79 |
| Sep 2019 | $256.27 | $260.92 | -$4.65 | $0.00 | $61.96 | -$61.96 | FHA Insurance | $324.48 | $1,411.96 | -$1,087.48 |
| Sep 2019 | $0.00 | $0.00 | $0.00 | $61.96 | $0.00 | $61.96 | FHA Insurance | $262.52 | $1,411.96 | -$1,149.44 |
| Oct 2019 | $268.36 | $260.92 | $7.44 | $0.00 | $61.96 | -$61.96 | FHA Insurance | $530.88 | $1,610.92 | -$1,080.04 |
| Oct 2019 | $0.00 | $0.00 | $0.00 | $1,228.00 | $1,213.00 | $15.00 | AMERICAN SECURITY GROUP | -$697.12 | $397.92 | -$1,095.04 |
| Oct 2019 | $0.00 | $0.00 | $0.00 | $61.96 | $0.00 | $61.96 | FHA Insurance | -$759.08 | $397.92 | -$1,157.00 |
| Nov 2019 | $268.36 | $260.92 | $7.44 | $61.96 | $61.96 | $0.00 | FHA Insurance | -$552.68 | $596.88 | -$1,149.56 |
| Dec 2019 | $268.36 | $260.92 | $7.44 | $0.00 | $61.96 | -$61.96 | FHA Insurance | -$284.32 | $795.84 | -$1,080.16 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $395.97 | $387.69 | $8.28 | HARRISON TOWNSHIP | -$680.29 | $408.15 | -$1,088.44 |
| Dec 2019 | $0.00 | $0.00 | $0.00 | $60.29 | $0.00 | $60.29 | FHA Insurance | -$740.58 | $408.15 | -$1,148.73 |
| Jan 2020 | $536.72 | $260.92 | $275.80 | $0.00 | $61.96 | -$61.96 | FHA Insurance | -$203.86 | $607.11 | -$810.97 |
| Jan 2020 | $0.00 | $0.00 | $0.00 | $60.29 | $0.00 | $60.29 | FHA Insurance | -$264.15 | $607.11 | -$871.26 |
| Feb 2020 | $268.36 | $260.92 | $7.44 | $0.00 | $61.96 | -$61.96 | FHA Insurance | $4.21 | $806.07 | -$801.86 |
| Feb 2020 | $0.00 | $0.00 | $0.00 | $60.29 | $0.00 | $60.29 | FHA Insurance | -$56.08 | $806.07 | -$862.15 |
| Mar 2020 | $0.00 | $260.92 | -$260.92 | $0.00 | $61.96 | -$61.96 | FHA Insurance | -$56.08 | $1,005.03 | -$1,061.11 |
| Mar 2020 | $0.00 | $0.00 | $0.00 | $60.29 | $0.00 | $60.29 | FHA Insurance | -$116.37 | $1,005.03 | -$1,121.40 |
| Apr 2020 (estimate) | $1,341.80 | $260.92 | $1,080.88 | $0.00 | $61.96 | -$61.96 | FHA Insurance | $1,225.43 | $1,203.99 | $21.44 |
| Apr 2020 | $0.00 | $0.00 | $0.00 | $60.29 | $0.00 | $60.29 | FHA Insurance | $1,165.14 | $1,203.99 | -$38.85 |
| May 2020 (estimate) | $268.36 | $260.92 | $7.44 | $60.29 | $61.96 | -$1.67 | FHA Insurance | $1,373.21 | $1,402.95 | -$29.74 |
| Totals | $3,476.59 | $3,131.04 | $345.55 | $3,160.89 | $3,131.13 | $29.76 | | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. ©2019 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801  9/19

